# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF C.G.

NO. 2026 KW 0108

**FEBRUARY 2, 2026**

In Re:    C.G., applying for supervisory writs, City Court of East
          St. Tammany, Parish of St. Tammany, No. 25JP7135.

BEFORE:    THERIOT, HESTER, AND BALFOUR, JJ.

**WRIT DENIED.**

                    MRT
                    CHH
                    KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT